UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | ) CASE NO. CV 10-1452-JST (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| U.S. HOMEOWNERS RELIEF, INC., et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant Samuel Paul Bain has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: 12.03.11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE